UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN A. BJORKLUN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. CV 10-00094-EDL<br><br>**(PROPOSED) ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendants Hartford Life and Accident Insurance Company and The Pillsbury Winthrop, LLP Long-Term Disability Plan may have an extension of time to file their response to the Complaint in this matter to and including March 5, 2010.

DATED: February 3, 2010

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4836-7079-3221 v1

- 1 -

CASE NO. CV 10-00094-EDL
PROPOSED ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT