Glenn R. Kantor, Esq. State Bar No. 122643
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
E-mail: gkantor@kantorlaw.net

Attorneys for Plaintiff
Kathryn A. Bjorklun

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN A. BJORKLUN,<br><br>Plaintiff,<br><br>VS.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO: CV10-0094 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date: April 30, 2010<br>Current Time: 2:00 p.m.<br><br>Proposed Date: May 7, 2010<br>Proposed Time: 2:00 p.m.<br><br>[Complaint filed January 7, 2010] |

Plaintiff, Kathryn A. Bjorklun, and Defendants Hartford Life and Accident Insurance Company and the Pillsbury Winthrop, LLP Long-term Disability Plan, by and through their respective counsel of record, hereby stipulate as follows:

1) The Court has scheduled this matter for a Case Management Conference on April 30, 2010;

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

2)       Counsel for Plaintiff will be out of town on a previously scheduled vacation the week of  April 26, 2010.  For that reason, it is respectfully requested that the Case Management Conference be rescheduled to any day the following week at the Court's convenience.

**IT IS SO STIPULATED.**

DATED: March 24, 2010                    KANTOR & KANTOR, LLP


                                          By:   */s/ Glenn R. Kantor*

                                                Glenn R. Kantor
                                                Attorney for Plaintiff
                                                Kathryn A. Bjorklun


DATED: March 24, 2010                    LAW OFFICES OF TALIA RAVIS



                                          By:   */s/ Talia Ravis*

                                                Talia Ravis
                                                Attorney for Plaintiff
                                                Kathryn A. Bjorklun

DATED: March 24, 2010                    BURKE, WILLIAMS & SORENSEN, LLP


                                          By:   */s/ Keiko J. Kojima*

                                                Keiko J. Kojima
                                                Attorneys for Defendants
                                                Hartford Life and Accident Insurance Company and The Pillsbury Winthrop, LLP Long-Term Disability Plan

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

Good cause appearing, it is hereby ordered that:

The Case Management Conference is continued to May 7 ,2010 at 2:00 p.m.

The parties shall submit a Joint Case Management Statement seven (7) days prior to the Case Management Conference.

DATED: March 25, 2010

_____
HONORABLE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

3

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT
CONFERENCE