Glenn R. Kantor, Esq. State Bar No. 122643
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
E-mail: gkantor@kantorlaw.net

Attorneys for Plaintiff
Kathryn A. Bjorklun

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN A. BJORKLUN,<br><br>Plaintiff,<br><br>VS.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO: CV10-0094 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date: April 30, 2010<br>Current Time: 2:00 p.m.<br><br>Proposed Date: May 7, 2010<br>Proposed Time: 2:00 p.m.<br><br>[Complaint filed January 7, 2010] |

Plaintiff, Kathryn A. Bjorklun, and Defendants Hartford Life and Accident Insurance Company and the Pillsbury Winthrop, LLP Long-term Disability Plan, by and through their respective counsel of record, hereby stipulate as follows:

1) The Court has scheduled this matter for a Case Management Conference on April 30, 2010;

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1       2) Counsel for Plaintiff will be out of town on a previously scheduled
2 vacation the week of April 26, 2010. For that reason, it is respectfully requested that
3 the Case Management Conference be rescheduled to any day the following week at
4 the Court's convenience.

**IT IS SO STIPULATED.**

DATED: March 24, 2010                        KANTOR & KANTOR, LLP

By:   */s/ Glenn R. Kantor*

Glenn R. Kantor
Attorney for Plaintiff
Kathryn A. Bjorklun

DATED: March 24, 2010                        LAW OFFICES OF TALIA RAVIS

By:   */s/ Talia Ravis*

Talia Ravis
Attorney for Plaintiff
Kathryn A. Bjorklun

DATED: March 24, 2010                        BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Keiko J. Kojima*

Keiko J. Kojima
Attorneys for Defendants
Hartford Life and Accident Insurance
Company and The Pillsbury Winthrop,
LLP Long-Term Disability Plan

**ORDER**

Good cause appearing, it is hereby ordered that:

The Case Management Conference is continued to May  7   ,2010 at 2:00 p.m.

The parties shall submit a Joint Case Management Statement seven (7) days prior to the Case Management Conference.

DATED: March 25, 2010        _____
HONORABLE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE