# UNITED STATES DISTRICT COURT

Northern District of California

KATHRYN A. BJORKLUN,

        Plaintiff(s),

    v.

HARTFORD LIFE & ACCIDENT INS.,

        Defendant(s).
_____/

No. C 10-0094 JSW (MEJ)

**ORDER RE: KILLMAN DEPOSITION**

The Court is in receipt of the parties' joint discovery letter regarding Plaintiff's request to take the deposition of Mark Killman, M.D. (Dkt. #23.) Upon review of the letter, the Court finds that exceptional circumstances do not exist that justify the taking of Dr. Killman's deposition. Accordingly, Plaintiff's request is DENIED.

**IT IS SO ORDERED.**

Dated: August 11, 2010

                                            _____
                                            Maria-Elena James
                                            Chief United States Magistrate Judge