IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHRYN A. BJORKLUN,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

    Defendants.

No. C 10-00094 JSW

**ORDER DENYING OBJECTION TO DISCOVERY ORDER**

Now before the Court is the objection filed by Defendants to Magistrate Judge James' Discovery Order dated August 11, 2010 (the "Discovery Order"). Having carefully reviewed the objection and considered Plaintiff's arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Plaintiff's objection and AFFIRMS the Discovery Order.

The District Court may modify or set aside any portion of a magistrate's ruling on non-dispositive pre-trial motions found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). A ruling is clearly erroneous if the reviewing court, after considering the evidence, is left with the "definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

///

///

After a careful review of the Discovery Order, this Court finds that the Judge James' ruling was not clearly erroneous or contrary to law. Therefore, this Court DENIES Defendants' motion for relief and AFFIRMS the Discovery Order dated August 11, 2010.

**IT IS SO ORDERED.**

Dated: August 23, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE