**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   KATHRYN A. BJORKLUN,

10          Plaintiff,                              No. C 10-00094 JSW

11   v.

12   HARTFORD LIFE AND ACCIDENT          **ORDER DENYING OBJECTION**
     INSURANCE COMPANY, et al.,          **TO DISCOVERY ORDER**
13

14          Defendants.
     _____/

15

16          Now before the Court is the objection filed by Defendants to Magistrate Judge James'

17   Discovery Order dated August 11, 2010 (the "Discovery Order").  Having carefully reviewed

18   the objection and considered Plaintiff's arguments and the relevant legal authority, and good

19   cause appearing, the Court hereby DENIES Plaintiff's objection and AFFIRMS the Discovery

20   Order.

21          The District Court may modify or set aside any portion of a magistrate's ruling on non-

22   dispositive pre-trial motions found to be "clearly erroneous or contrary to law."  Fed. R. Civ. P.

23   72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir.

24   1991).  A ruling is clearly erroneous if the reviewing court, after considering the evidence, is

25   left with the "definite and firm conviction that a mistake has been committed."  *United States v.*

26   *U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

27   ///

28   ///

1    After a careful review of the Discovery Order, this Court finds that the Judge James'

2  ruling was not clearly erroneous or contrary to law.  Therefore, this Court DENIES Defendants'

3  motion for relief and AFFIRMS the Discovery Order dated August 11, 2010.

4    **IT IS SO ORDERED.**

5

6  Dated: August 23, 2010

7                                                      JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2