1  Glenn R. Kantor, Esq. State Bar No. 122643
   Email: gkantor@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone:  (818) 886-2525
4  Facsimile:   (818) 350-6272
   E-mail: gkantor@kantorlaw.net
5
   Attorneys for Plaintiff
6  Kathryn A. Bjorklun

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | KATHRYN A. BJORKLUN, | ) | CASE NO: CV10-0094 JSW |
|---|---|---|---|
| 12 | Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE |
| 13 | VS. | ) | |
| 14 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN, | ) | Current Date: September 1, 2010 |
| 15 | | ) | **Proposed Date: September 28, 2010** |
| 16 | Defendants. | ) | |
| 17 | | ) | [Complaint filed January 7, 2010] |
| 18 | _____ | ) | |

20     Plaintiff, Kathryn A. Bjorklun, and Defendants Hartford Life and Accident
21 Insurance Company and the Pillsbury Winthrop, LLP Long-term Disability Plan, by
22 and through their respective counsel of record, hereby stipulate as follows:
23     1.    The Court issued a Minute Order on May 7, 2010, stating that a
24 private mediation shall be completed by September 1, 2010;
25     2.    The parties have conferred and agreed to meditate this matter
26 before Robert J. Kaplan, Esq. of Judicate West, who is experienced in mediating

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION
DATE

1 | ERISA matters, and with whom counsel for both parties have mediated similar cases
2 | to a successful conclusion on several occasions;
3 |     3.    The earliest date the parties were able to obtain a Mediation date with Mr.
4 | Kaplan is September 28, 2010;
5 | ///
6 | ///
7 | ///
8 | ///
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 |

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MEDIATION COMPLETION DATE

4. Based upon the foregoing and good cause shown, the parties hereby request that the Court continue the previously set mediation cut-off to September 28, 2010.

**IT IS SO STIPULATED.**

DATED: August 13, 2010            KANTOR & KANTOR, LLP

By: */s/ Glenn R. Kantor*

Glenn R. Kantor
Attorney for Plaintiff
Kathryn A. Bjorklun

DATED: August 13, 2010            LAW OFFICES OF TALIA RAVIS

By: */s/ Talia Ravis*

Talia Ravis
Attorney for Plaintiff
Kathryn A. Bjorklun

DATED: August 13, 2010            BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Keiko J. Kojima*

Keiko J. Kojima
Attorneys for Defendants
Hartford Life and Accident Insurance Company and The Pillsbury Winthrop, LLP Long-Term Disability Plan

**ORDER**

Good cause appearing, it is hereby ordered that:

The mediation cut-off is continued to September 28, 2010.

DATED: August 23, 2010

_____
HONORABLE JEFFREY S. WHITE
U.S. District Court Judge