Glenn R. Kantor, Esq. State Bar No. 122643
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
E-mail: gkantor@kantorlaw.net

Attorneys for Plaintiff
Kathryn A. Bjorklun

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN A. BJORKLUN,<br><br>Plaintiff,<br><br>VS.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN,<br><br>Defendants. | CASE NO: CV10-0094 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE<br><br>Current Date: September 1, 2010<br><br>**Proposed Date: September 28, 2010**<br><br>[Complaint filed January 7, 2010] |

Plaintiff, Kathryn A. Bjorklun, and Defendants Hartford Life and Accident Insurance Company and the Pillsbury Winthrop, LLP Long-term Disability Plan, by and through their respective counsel of record, hereby stipulate as follows:

1. The Court issued a Minute Order on May 7, 2010, stating that a private mediation shall be completed by September 1, 2010;

2. The parties have conferred and agreed to meditate this matter before Robert J. Kaplan, Esq. of Judicate West, who is experienced in mediating

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE

1  ERISA matters, and with whom counsel for both parties have mediated similar cases
2  to a successful conclusion on several occasions;
3      3.    The earliest date the parties were able to obtain a Mediation date with Mr.
4  Kaplan is September 28, 2010;
5  ///
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MEDIATION COMPLETION DATE

1     4.    Based upon the foregoing and good cause shown, the parties hereby request that the Court continue the previously set mediation cut-off to September 28, 2010.

**IT IS SO STIPULATED.**

DATED: August 13, 2010            KANTOR & KANTOR, LLP

By:   */s/ Glenn R. Kantor*

Glenn R. Kantor
Attorney for Plaintiff
Kathryn A. Bjorklun

DATED: August 13, 2010            LAW OFFICES OF TALIA RAVIS

By:   */s/ Talia Ravis*

Talia Ravis
Attorney for Plaintiff
Kathryn A. Bjorklun

DATED: August 13, 2010            BURKE, WILLIAMS & SORENSEN, LLP

By:   */s/ Keiko J. Kojima*

Keiko J. Kojima
Attorneys for Defendants
Hartford Life and Accident Insurance Company and The Pillsbury Winthrop, LLP Long-Term Disability Plan

---

3

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MEDIATION COMPLETION DATE

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing, it is hereby ordered that: |
| 3 | The mediation cut-off is continued to September 28, 2010. |

DATED: August 23, 2010

_____
HONORABLE JEFFREY S. WHITE
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE