Glenn R. Kantor, Esq. State Bar No. 122643
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
E-mail: gkantor@kantorlaw.net

Attorneys for Plaintiff
Kathryn A. Bjorklun

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: (213) 236-0600
Fax: (213) 236-2700

Attorneys for Defendants
Hartford Life and Accident Insurance Company and The
Pillsbury Winthrop, LLP Long-Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN A. BJORKLUN,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN,<br><br>Defendants. | Case No. CV 10-00094 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT SCHEDULE |

Plaintiff, Kathryn A. Bjorklun, and Defendants Hartford Life and Accident Insurance Company and the Pillsbury Winthrop, LLP Long-term Disability Plan, by and through their respective counsel of record, hereby stipulate as follows:

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-4126-9253 v1

- 1 -

CASE NO. CV 10-00094-JSW
STIPULATION AND [PROPOSED] ORDER TO
AMEND CASE MANAGEMENT SCHEDULE

WHEREAS the parties participated in a lengthy, but unsuccessful mediation on September 28, 2010. The parties waited to submit this request to amend the case management schedule in the hope that the matter would resolve. The parties are still open to settlement discussions.

WHERAS the date for the exchange of opening briefs is currently November 4, 2010, and the trial date in this matter is set for December 6, 2010. Counsel for Plaintiff, Glenn Kantor, will be out of the country October 21, 2010 through November 7, 2010, and co-counsel Talia Ravis has an Eighth Circuit appellee brief due December 20, 2010. Based on these contemporaneous deadlines, the parties request that the case management schedule be amended as follows:

Exchange of opening briefs: January 10, 2011

Exchange of responsive briefs: January 24, 2011

Trial: February 7, 2011, or a date thereafter convenient to the Court.

DATED: October 4, 2010

KANTOR & KANTOR, LLP
GLENN R. KANTOR

By: /s/ Glenn R. Kantor
GLENN R. KANTOR
Attorneys for Plaintiff
Kathryn A. Bjorklun

DATED: October 4, 2010

BURKE, WILLIAMS & SORENSEN, LLP
DANIEL W. MAGUIRE
KEIKO J. KOJIMA

By: / s/ Keiko J. Kojima
KEIKO J. KOJIMA
Attorneys for Defendants
Hartford Life and Accident Insurance Company and The Pillsbury Winthrop, LLP Long-Term Disability Plan

# ORDER

~~Good cause appearing, IT IS HEREBY ORDERED that the case management schedule be amended as follows:~~

~~Exchange of opening briefs: January 10, 2011~~

~~Exchange of responsive briefs: January 24, 2011~~

~~Trial: February 7, 2011, or a date thereafter convenient to the Court.~~

~~DATED:~~
_____
~~HONORABLE JEFFREY S. WHITE~~
~~U.S. District Court Judge~~

At the case management conference held on May 7, 2010, the Court ordered that the parties meet and confer regarding a briefing schedule for cross-motions for summary judgment. The opening brief on the cross-motions was supposed to be filed by November 4, with the hearing scheduled for January 14, 2011. It is the Court's practice to adjudicate motions for summary judgment in ERISA actions before holding a bench trial, unless it is absolutely clear that there are disputed issues of fact which would preclude summary judgment in favor of either party. Therefore, the Court again directs the parties to meet and confer and agree to a briefing schedule on cross-motions for summary judgment whereby:
• one party files an opening summary judgment motion by January 14, 2011
• the other party shall file its opposition and cross-motion by January 28, 2011
• the reply and opposition to the cross-motion is due by February 11, 2011
• the reply in support of the cross-motion is due by February 18, 2011
Last Day to Hear Dispositive Motions: March 4, 2011 at 9:00 a.m.

If the parties agree that there are disputed issues of fact which would preclude summary judgment in favor of either party, the Court will consider having the parties file trial briefs in accordance with the above schedule and will set a bench trial if necessary.

IT IS SO ORDERED.

Dated: October 8, 2010

_Judge Jeffrey S. White_