Glenn R. Kantor, Esq. State Bar No. 122643
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
E-mail: gkantor@kantorlaw.net

Attorneys for Plaintiff
Kathryn A. Bjorklun

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: (213) 236-0600
Fax: (213) 236-2700

Attorneys for Defendants
Hartford Life and Accident Insurance Company and The
Pillsbury Winthrop, LLP Long-Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN A. BJORKLUN,<br><br>  Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN,<br><br>  Defendants. | Case No. CV 10-00094 JSW<br><br>**[PROPOSED] ORDER ON STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE** |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-4126-9253 v1 — - 1 - — CASE NO. CV 10-00094-JSW
[PROPOSED] ORDER ON STIPULATION TO AMEND CASE MANAGEMENT SCHEDULE

1    IT IS HEREBY ORDERED upon joint stipulation of counsel and good cause
2    appearing that the case management schedule be amended as follows:

- one party files an opening summary judgment motion by February 14, 2011
- the other party shall file its opposition and cross-motion by February 28, 2011
- the reply and opposition to the cross-motion is due by March 14, 2011
- the reply in support of the cross-motion is due by March 21, 2011
- Last Day to Hear Dispositive Motions: ~~April 8,~~ April 15, 2011 at 9:00 a.m.

DATED: December 10, 2010

_____
HONORABLE JEFFREY S. WHITE
U.S. District Court Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4829-4126-9253 v1

- 2 -

CASE NO. CV 10-00094-JSW
[~~PROPOSED~~] ORDER ON MOTION TO AMEND CASE MANAGEMENT SCHEDULE