Glenn R. Kantor, Esq. State Bar No. 122643
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
E-mail: gkantor@kantorlaw.net

Attorneys for Plaintiff
Kathryn A. Bjorklun

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: (213) 236-0600
Fax: (213) 236-2700

Attorneys for Defendants
Hartford Life and Accident Insurance Company and The
Pillsbury Winthrop, LLP Long-Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KATHRYN A. BJORKLUN,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and THE
PILLSBURY WINTHROP, LLP
LONG-TERM DISABILITY PLAN,

    Defendants.

Case No. CV 10-00094 JSW

**[PROPOSED] ORDER ON STIPULATION TO AMEND DISPOSITIVE MOTION HEARING DATE**

---

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-4126-9253 v1

- 1 -

CASE NO. CV 10-00094-JSW
[PROPOSED] ORDER ON STIPULATION TO
AMEND DISPOSITIVE MOTION HEARING

1  IT IS HEREBY ORDERED upon joint stipulation of counsel and good cause
2  appearing that the dispositive motion ~~heating~~ hearing date be amended as follows:

3  Last Day to Hear Dispositive Motions: __April 22, 2011__, ~~2010~~ at 9:00 a.m.

6  DATED: December 13, 2010          _____/s/ Jeffrey S. White_____
                                      HONORABLE JEFFREY S. WHITE
7                                     U.S. District Court Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4829-4126-9253 v1    - 2 -    CASE NO. CV 10-00094-JSW
[~~PROPOSED~~] ORDER ON STIPULATION TO
AMEND DISPOSITIVE MOTION HEARING