UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KATHRYN A. BJORKLUN, | Case No. CV 10-00094 JSW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER POSTPONING DISPOSITIVE MOTION HEARING DATE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN, | |
| Defendants. | |

Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that the hearing date on the Motion for Summary Judgment is rescheduled from April 22, 2011 to May 6, 2011 at 9:00 a.m. _____.

DATED: 2/15/2011  _____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE