UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHRYN A. BJORKLUN,<br><br>            Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and THE PILLSBURY WINTHROP, LLP LONG-TERM DISABILITY PLAN,<br><br>            Defendants. | Case No. CV 10-00094 JSW<br><br>**(PROPOSED) ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendants. Each party is to bear their own costs and attorney's fees.

DATED: May 4, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE